COM.

v.

**MOORE, K.**

**1123 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–51–CR–0003800–2015
(Philadelphia)

Affirmed

COM.

v.

**MCCASKILL, B.**

**1246 EDA 2016**

Superior Court of Pennsylvania.

6/27/2017

CP–45–CR–0000084–2015
(Monroe)

Affirmed/Remanded

COM.

v.

**CIANCI, A.**

**1563 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–23–CR–0003800–2008 (Delaware)
Affirmed

COM.

v.

**ARNOLD, M.**

**1884 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–39–CR–0003221–2010 (Lehigh)
Affirmed

**CITIMORTGAGE, INC.**

v.

**NORMAN, J.**

**2412 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

August Term, 2009, No. 00813
(Philadelphia)
Affirmed

